AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Air Alliance Houston, et al. | ) | |
| --- | --- | --- |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01852 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Environmental Defense Fund.

Date:   07/29/2025

/s/ Sean H. Donahue
*Attorney's signature*

Sean H. Donahue (450940)
*Printed name and bar number*

Donahue, Goldberg & Herzog
1008 Pennsylvania Ave., SE
Washington, DC 20003
*Address*

sean@donahuegoldberg.com
*E-mail address*

(202) 277-7085
*Telephone number*

(202) 315-3582
*FAX number*