IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AIR ALLIANCE HOUSTON; CENTER FOR BIOLOGICAL DIVERSITY; CITIZENS FOR PENNSYLVANIA'S FUTURE; CLEAN AIR COUNCIL; DAKOTA RESOURCE COUNCIL; DOWNWINDERS AT RISK; ENVIRONMENTAL DEFENSE FUND; ENVIRONMENTAL LAW AND POLICY CENTER; MONTANA ENVIRONMENTAL INFORMATION CENTER; NATURAL RESOURCES DEFENSE COUNCIL, INC., and SIERRA CLUB, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity; LEE ZELDIN, in his official capacity as U.S. Environmental Protection Agency Administrator, and U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendants. | Case No. 25-1852 |

**PROPOSED ORDER**

Upon consideration of Defendants' Motion for a Six-Month Abeyance, it is, this ___ day of _____, 2025,

ORDERED, that the Defendants' Motion is granted; and it is

FURTHER ORDERED, that this case shall be held in abeyance for a period of six months after which the parties shall file motions to govern.

*ALTERNATIVELY*

ORDERED that Defendants' Motion is denied; and it is

FURTHER ORDERED, that Defendants' deadline to file a response pleading is 21 days

1

from the date of this Order.

                                                                                    _____

                                                                                   U.S. District Judge

                                                                                ORDER TO BE SERVED UPON:

Nicholas Morales
EARTHJUSTICE
1001 G Street, NW Suite 1000
Washington, DC 20001
USA
202-745-5209
Email:Nmorales@earthjustice.Org
Attorney for Plaintiffs