## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| AIR ALLIANCE HOUSTON; CENTER FOR BIOLOGICAL DIVERSITY; CITIZENS FOR PENNSYLVANIA'S FUTURE; CLEAN AIR COUNCIL; DAKOTA RESOURCE COUNCIL; DOWNWINDERS AT RISK; ENVIRONMENTAL DEFENSE FUND; ENVIRONMENTAL LAW AND POLICY CENTER; MONTANA ENVIRONMENTAL INFORMATION CENTER; NATURAL RESOURCES DEFENSE COUNCIL, INC., and SIERRA CLUB, | Case No. 25-1852 |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, President of the United States, in his official capacity; LEE ZELDIN, in his official capacity as U.S. Environmental Protection Agency Administrator, and U.S. ENVIRONMENTAL  PROTECTION AGENCY, | |
| Defendants. | |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT

Defendants, Donald J. Trump, in his official capacity as President of the United States, the United States Environmental Protection Agency ("EPA") and its Administrator, Lee Zeldin, submit this response to Plaintiffs' Motion for Leave to Supplement the Complaint, ECF No. 31. As noted in Plaintiffs' filing, Defendants do not oppose Plaintiffs' request for leave to file a supplemental complaint, but Defendants reserve all rights to move to dismiss the supplemental complaint under Federal Rule of Civil Procedure 12. Accordingly, Defendants do not concede that this Court has jurisdiction over the claims raised in either the original complaint or the proposed supplemental complaint, or concede any allegations made in the pleadings or the sufficiency thereof. Defendants respond briefly to address the responsive pleading deadline.

1

In their Motion, Plaintiffs request that Defendants' response to the proposed supplemental complaint "be due on the same day their response to the complaint (ECF No. 1) would be due." ECF No. 31 at 1. In response to that request, Defendants reiterate their request (as explained in the recently filed motion, ECF No. 26) that the matter be held in abeyance for six months while EPA takes action that could moot this case. Plaintiffs' proposed supplemental pleading, adding facts regarding a second Presidential Proclamation dated July 17, 2025, does not alter Defendants' position that abeyance is appropriate. As explained in Defendants' abeyance motion, EPA recently announced that it would reconsider, and then proposed to repeal, the MATS Rule, ECF No. 26 at ¶¶ 1-2, from which the challenged Presidential Proclamations exempt certain stationary sources, *see id*. ¶ 4. If EPA finalizes a repeal of the MATS Rule as proposed, the exemptions provided in both the April 8, 2025 Proclamation and the July 17, 2025 Proclamation relating to the MATS Rule would be moot. As such, Defendants again request that the Court place this matter into abeyance for six months. Alternatively, Defendants request that, if the Court denies this abeyance request, and grants Plaintiff's Motion, that the Court extend Defendants' time to respond to the supplemental complaint to 21 days after such denial.

Dated: August 8, 2025                    Respectfully submitted,

                                         ADAM R.F. GUSTAFSON
                                         Acting Assistant Attorney General

                                         ROBERT N. STANDER
                                         Deputy Assistant Attorney General

                                         */s/Laura J. Brown*
                                         Laura J. Brown
                                         Senior Attorney
                                         Environmental Defense Section
                                         U.S. Department of Justice
                                         P.O. Box 7611
                                         Washington, DC 20044
                                         Telephone: (202) 305-5314

laura.j.s.brown@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, I served the foregoing with the Clerk of the Court for the by using the CM/ECF system.

All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Laura J. Brown*