IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIR ALLIANCE HOUSTON, et al., *Plaintiffs*, v. DONALD J. TRUMP, et al., *Defendants*. | Civ. No. 1:25-cv-1852-PLF |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(b), Zoe B. Palenik hereby provides notice of the withdrawal of her appearance in the above-captioned case. Defendants will continue to be represented by Department of Justice attorney Laura J. Brown. No trial date has been set in this matter.

DATED: December 16, 2025

Respectfully submitted,

/s/ *Zoe B. Palenik*
ZOE B. PALENIK
Environmental Defense Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 353-5625
zoe.palenik@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I electronically filed the foregoing Notice of Withdrawal of Appearance using the CM/ECF system.  The participants in this case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Zoe B. Palenik*
ZOE B. PALENIK
