## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AIR ALLIANCE HOUSTON, et al.,

     *Plaintiffs*,

     v.

DONALD TRUMP, et al.,

     *Defendants*.

Case No.   1:25-cv-1852-PLF

### [PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND ABEYANCE

Upon consideration of Plaintiffs' Consent Motion to Extend Abeyance, [Dkt. 52] filed on March 17, 2026, it is hereby ORDERED that the motion is GRANTED.

This case shall continue to be held in abeyance pending resolution of certain plaintiffs' forthcoming petition for review in the U.S. Court of Appeals for the D.C. Circuit of EPA's 2026 rule repeal, published at 91 Fed. Reg. 9088 (Feb. 24, 2026). The parties shall file a motion to govern further proceedings within 30 days of the D.C. Circuit's issuance of a final decision in that case.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

3/19/26